**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

BRAUN THOMPSON,                            )
#09106-029,                                )
                                           )
        **Plaintiff,**    )
                                           )
vs.                                        )          **Case No. 22-cv-01327-JPG**
                                           )
L. BROOKS,                                 )
R. PASS,                                   )
HARBISON, and                              )
DIRECTOR OF FBOP,                          )
                                           )
        **Defendants.**   )

## <u>MEMORANDUM AND ORDER</u>

**GILBERT, District Judge:**

This matter is now before the Court for preliminary review of the Complaint (Doc. 1) filed herein by Plaintiff Braun Thompson on June 21, 2022.  The Court has compared the Complaint with Plaintiff's Motion for Immediate Medical Relief (Doc. 1, prior action) filed in *Thompson v. Unknown Parties*, No. 22-cv-01062-JPG (S.D. Ill. 2022) ("prior action").  And, in light of this comparison, the Court concludes that this action should be **ADMINISTRATIVELY CLOSED**.

Plaintiff seeks medical treatment for chronic back pain that was exacerbated by a pinched nerve in late April 2022.  (Doc. 1, both actions).  The prior action was opened as a new case on May 19, 2022, when the Court received Plaintiff's Motion for Immediate Medical Relief—without a complaint, filing fee, or motion for leave to proceed *in forma pauperis* ("IFP motion").  He omitted the names of any defendants from the motion and failed to include other components of a complaint.  Therefore, on May 23, 2022, the Court entered an Order dismissing the motion and requiring Plaintiff to submit a proper complaint and filing fee or IFP motion in the prior action by June 21, 2022, if he intended to proceed with his claims therein.

1

He subsequently filed a "Motion to Correct Caption" in the prior action. (Doc. 5, prior action). There, Plaintiff identified the following defendants who should have been named in connection with his claims: L. Brooks, R. Pass, Harbison, and FBOP Director. (Doc. 5, prior action). On June 21, 2022, he also filed the underlying Complaint (Doc. 1), IFP Motion (Doc. 2), and Motion for Order (Doc. 3). Plaintiff did so by the deadline set in the prior action, and he names the same defendants who are listed in the Motion to Correct Case Caption. (Doc. 1, instant action; Doc. 5 prior action).

Given all of this, the Court finds that the Complaint (Doc. 1), IFP motion (Doc. 2), and Motion for Order (Doc. 3) filed in the above-captioned case should be re-filed in the prior action. Plaintiff apparently neglected to list the case number for the prior action on the cover page of these documents. Therefore, this case shall be administratively closed.

The Clerk of Court is **DIRECTED** to **RE-FILE** the Complaint (Doc. 1), IFP motion (Doc. 2), and Motion for Order (Doc. 3) in *Thompson v. Unknown Parties*, No. 22-cv-01062-JPG (S.D. Ill. 2022) ("prior action") and **ADMINISTRATIVELY CLOSE** this case. No filing fee is assessed for this action, and no judgment shall enter.

**IT IS SO ORDERED.**

**DATED: 6/22/2022**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**

2